RECEIVED

FEB 2 7 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 1:18-cr-009 |
| v. | ) | |
| | ) | INDICTMENT |
| CARL RUBEN DAVIS, Jr, | ) | |
| | ) | T. 18 U.S.C. § 2250(a) |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Failure to Register with the Sex Offender Registry)**

From an unknown date, but beginning at least as early as December of 2017, up to and including February 2, 2018, in the Southern District of Iowa and elsewhere, the defendant, CARL RUBEN DAVIS, Jr., being a sex offender who is required to register under the Sex Offender Registration and Notification Act, did travel in interstate commerce and did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

This is a violation of Title 18, United States Code, Section 2250(a).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney